THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
5100 Campus Drive, Suite 200
Newport Beach, CA
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sethatlaw.com

Attorney for Plaintiff, Gustavo Mares

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MARES, Individually; <br><br>            Plaintiff, <br>   vs. <br><br> COUNTY OF SAN BERNARDINO; A Governmental Entity; DEVON STEUERWALD, Individually; JOSEPH MORA, Individually, and DOES 1 through 10, <br><br>            Defendants. | Case No.: 5:22-CV-01099-FMO-KK <br><br> **ORDER RE STIPULATION [42] TO DISMISS** |

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P 41 (a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: March 14, 2024

　　　　　　　　　　　　　　　　　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE